*In re* SHEILA ANN ACEVEDO ÁLVAREZ.

*Número:* AB-96-115                    *Resuelto:* 22 de septiembre de 1997

*Sheila Acevedo Álvarez, pro se.*

## RESOLUCIÓN

Habiéndose cumplido la sanción impuesta de tres (3) meses de suspensión del ejercicio de la abogacía, según la Resolución de 30 de mayo de 1997 —*In re Acevedo Álvarez*, 143 D.P.R. 293 (1997)— la cual fue notificada el 10 de junio de 1997, *se reconoce la reinstalación a la abogacía de la Lcda. Sheila Ann Acevedo Álvarez por los propios términos de dicha resolución.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*